UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>ELKHORN COMMUNITY ASSOCIATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-00823-GMN-PAL<br><br>ORDER<br><br>(Mot Svc. Publication – Dkt. #25) |

Before the court is Plaintiff's Motion for Extension of Time to Serve and for Service by Publication of Summons/Complaint/Lis Pendens on Defendants 702BUY.com and NV Foreclosure Services, LLC. Having reviewed and considered the motion, and for good cause shown,

**IT IS ORDERED** that:

1. Plaintiff's Motion for Extension of Time to Serve and for Service by Publication of Summons/Complaint/Lis Pendens on Defendants 702BUY.COM and NV Foreclosure Services, LLC (Dkt. #25) is **GRANTED**.

2. The time within which to serve Defendants 702BUY.com and NV Foreclosure Services, LLC with the Summons, Complaint and Notice of Lis Pendens is extended up to an including **November 2, 2015**.

3. The Summons, Complaint and Notice of Lis Pendens in this action shall be served upon Defendants 702BUY.com and NV Foreclosure Services, LLC via publication in the Nevada Legal News at least once a week for a period of four (4) weeks.

4. Copies of the Summons, Complaint and Notice of Lis Pendens in this action shall be deposited in a United States Post Office within the City of Las Vegas, County of

Clark, State of Nevada and mailed to Defendants 702BUY.com and NV Foreclosure Services, LLC at their last known addresses via certified mail, return receipt requested in a sealed, postage prepaid envelope.

DATED this 21st day of September, 2015.

                                                PEGGY A. LEEN
                                                UNITED STATES MAGISTRATE JUDGE