WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiff, Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>ELKHORN COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; 702BUY.COM, LLC, a Domestic Limited Liability Company; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; NV FORECLOSURE SERVICES, LLC, a Domestic Limited Liability Company; ANGIUS & TERRY COLLECTIONS, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.: 2:15-cv-00823-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE** |

    Plaintiff Nationstar Mortgage, LLC ("Nationstar"), and Defendant ATC Assessment Collection Group, LLC ("ATC Assessment") by and through their attorneys of record, stipulate as follows:

    IT IS HEREBY AGREED AND STIPULATED that the deadline for Nationstar to file its Response to ATC Assessment's Motion for Summary Judgment (Dkt. #37) is extended from March 28, 2016 to April 1, 2016.

Page 1 of 3

1  IT IS FURTHER AGREED AND STIPULATED that the deadline for ATC Assessment
2 to file its Reply to Nationstar's Response to Motion for Summary Judgment (Dkt. #37) is
3 extended from April 7, 2016 to April 11, 2016.
4  This is the parties' first request for extension of these deadlines, and is not intended to
5 cause any delay or prejudice to any party.

DATED this 29th day of March, 2016.                DATED this 29th day of March, 2016.

WRIGHT, FINLAY & ZAK, LLP                          LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

/s/Regina A. Habermas                              /s/Peter E. Dunkley
Dana Jonathon Nitz, Esq.                           Joseph P. Garin, Esq.
Nevada Bar No. 0050                                Nevada Bar No. 6653
Regina A. Habermas, Esq.                           Kaleb D. Anderson, Esq.
Nevada Bar No. 8481                                Nevada Bar No. 7582
7785 W. Sahara Avenue, Suite 200                   Peter E. Dunkley, Esq.
Las Vegas, Nevada 89117                            Nevada Bar No. 11110
*Attorneys for Plaintiff, Nationstar*              9900 Covington Cross Drive, Ste. 120
*Mortgage, LLC*                                    Las Vegas, NV 89144
                                                   *Attorney for Defendant ATC Assessment*
                                                   *Collection Group, LLC*

# ORDER

IT IS SO ORDERED:

1. The date for Nationstar, to file its Response to Defendant ATC Assessment's Motion for Summary Judgment is extended to April 1, 2016.
2. The date for ATC Assessment, to file its Reply to Nationstar's Response to ATC Assessment's Motion for Summary Judgment is extended to April 11, 2016.

DATED this   5   day of ~~March~~, 2016.
                        April

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/Regina A. Habermas*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Nationstar Mortgage, LLC*