WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiff, Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; 702BUY.COM, LLC, a Domestic Limited Liability Company; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; NV FORECLOSURE SERVICES, LLC, a Domestic Limited Liability Company; ANGIUS & TERRY COLLECTIONS, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00823-GMN-PAL<br><br>**PLAINTIFF NATIONSTAR MORTGAGE, LLC'S MOTION FOR ENTRY OF CLERK'S DEFAULT** |

Plaintiff, Nationstar Mortgage, LLC (hereinafter "Nationstar"), by and through its attorneys of record, Dana Jonathon Nitz, Esq., and Regina A. Habermas, Esq., of the law firm of Wright, Finlay & Zak, LLP, hereby requests that the Clerk of the Court enter default against Defendants 702BUY.COM, LLC and NV FORECLOSURE SERVICES, LLC, pursuant to Federal Rule of Civil Procedure 55(a).

In support of this request, Nationstar relies upon the record in this case and the Declaration submitted herein and any exhibits thereto.

DATED this 25 day of April, 2016.

WRIGHT, FINLAY & ZAK, LLP

/s/ *signature*

Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Nationstar Mortgage, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **PLAINTIFF NATIONSTAR MORTGAGE, LLC'S MOTION FOR ENTRY OF CLERK'S DEFAULT** was made on the 25th day of April, 2016, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/ *signature*

An Employee of WRIGHT, FINLAY & ZAK, LLP

WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiff, Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; 702BUY.COM, LLC, a Domestic Limited Liability Company; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; NV FORECLOSURE SERVICES, LLC, a Domestic Limited Liability Company; ANGIUS & TERRY COLLECTIONS, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00823-GMN-PAL<br><br>**DECLARATION OF REGINA A. HABERMAS, ESQ. IN SUPPORT OF PLAINTIFF NATIONSTAR MORTGAGE, LLC'S MOTION FOR ENTRY OF CLERK'S DEFAULT** |

I, Regina A. Habermas, Esq., declare as follows:

1. I am an attorney with the law firm of Wright, Finlay & Zak, LLP, and counsel of record for Plaintiff Nationstar Mortgage, LLC ("Nationstar"), in the herein case.

2. I am one of the attorneys responsible for the day-to-day handling of this case.

3. I make this Declaration in support of NATIONSTAR MORTGAGE, LLC'S MOTION FOR ENTRY OF CLERK'S DEFAULT and make it on my personal knowledge,

except as to those matters stated on information and belief and, as to those matters, I believe them to be true, based upon my review of the documents produced in this matter.

4. I am competent to testify in this matter.

5. I am admitted to practice law in the State of Nevada.

6. I am knowledgeable about how Wright, Finlay & Zak, LLP ("WFZ") maintains its records in association with litigation, including the herein case.

7. In connection with this litigation, I reviewed records relating to the procedural history of this matter.

8. On May 1, 2015, Plaintiff filed its Complaint for Quiet Title, Wrongful Foreclosure, Declaratory Relief, and Violation of Bankruptcy Discharge in the United Stated District Court and Summonses were issued to Defendants, 702BUY.COM, LLC and NV Foreclosure Services, LLC (collectively referred to herein as "Defendants") on May 6, 2015.

9. Plaintiff diligently attempted to effect personal service of the Summons and Complaint on Defendants, but was unable to do so.

10. On September 23, 2015, the Court entered its Order granting Plaintiff's Motion for Extension of Time to Serve and for Service by Publication of Summons/Complaint/Lis Pendens on Defendants 702BUY.COM, LLC and NV Foreclosure Services, LLC (the "Order").

11. Pursuant to the Order, the time within which to serve Defendants was extended to November 2, 2015 and Plaintiff was granted permission to serve Defendants by publication.

12. Defendant 702BUY.COM, LLC was served by publication on September 28, 2015, October 5, 2015, October 12, 2015, October 19, 2015, and October 26, 2015, as reflected in the Affidavit of Publication attached hereto as **Exhibit 1**.

13. WFZ also mailed a copy of the Summons, Complaint and Lis Pendens to Defendant 702BUY.COM, LLC at its last known address via certified mail, return receipt requested; however, the mailing was returned to WFZ. A true and correct copy of the returned envelope is attached hereto as **Exhibit 2**.

14. Defendant NV Foreclosure Services, LLC was served by publication on September 28, 2015, October 5, 2015, October 12, 2015, October 19, 2015, and October 26,

2015, as reflected in the Affidavit of Publication attached hereto as **Exhibit 3**.

15. WFZ also mailed a copy of the Summons, Complaint and Lis Pendens to Defendant NV Foreclosure Services, LLC at its last known address via certified mail, return receipt requested; however, the mailing was returned to WFZ. A true and correct copy of the returned envelope is attached hereto as **Exhibit 4**.

16. Federal Rule of Civil Procedure 12 states, in pertinent part,

> (a) Time to Serve a Responsive Pleading.
> (1) *In General.* Unless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows:
> (A) A defendant must serve an answer:
> (i) within 21 days after being served with the summons and complaint;…

17. The deadline for Defendants 702BUY.COM, LLC and NV Foreclosure Services, LLC to respond to the Complaint was November 16, 2015.

18. Defendants 702BUY.COM, LLC and NV Foreclosure Services, LLC have failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

19. Plaintiff requests that the Clerk of the Court enter the Defaults against Defendants 702BUY.COM, LLC and NV Foreclosure Services, LLC, which are attached hereto as **Exhibit 5**.

Further your affiant sayeth naught.

DATED: 25 day of April, 2016.

_____
Regina A. Habermas, Esq.

# Exhibit 1

# Exhibit 1

# Exhibit 1

AFFP
2:15-CV-00823-GMN-PAL

## Affidavit of Publication

STATE OF NEVADA } SS
COUNTY OF CLARK }

I, Rosalie Qualls state:

That I am Assistant Operations Manager of the Nevada Legal News, a daily newspaper of general circulation, printed and published in Las Vegas, Clark County, Nevada; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:
Sep 28, 2015
Oct 05, 2015
Oct 12, 2015
Oct 19, 2015
Oct 26, 2015

UNITED STATES DISTRICT COURT
for the
District of Nevada
Civil Action No. 2:15-cv-00823-GMN-PAL
NATIONSTAR MORTGAGE, LLC, Plaintiff(s)
v. ELKHORN COMMUNITY ASSOCIATION, et al Defendant(s)
SUMMONS IN A CIVIL ACTION
To: 702BUY.COM, LLC, c/o Registered Agent: Fidel Solano, 2654 W. Horizon Ridge Pkwy., Ste. B5-320, Henderson, NV 89052
A lawsuit has been filed against you. Object of Action: This is Nationstar's Complaint for Quiet Title, Wrongful Foreclosure, Declaratory Relief and Violation of Bankruptcy Discharge. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dana Jonathon Nitz, Esq., Chelsea A. Crowton, Esq., Wright, Finlay & Zak, LLP, 7785 W. Sahara Ave., Ste. 200, Las Vegas, NV 89117 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court. s/ LANCE S. WILSON, CLERK, DATE 5/6/2015, s/ Lance S. Wilson, (By) DEPUTY CLERK
Published in Nevada Legal News
September 28, October 5, 12, 19, 26, 2015

That said newspaper was regularly issued and circulated on those dates. I declare under penalty of perjury that the foregoing is true and correct.

DATED: Oct 26, 2015

_____
Rosalie Qualls

04105039  00401704  (702)946-1345

WRIGHT, FINLAY & ZAK, LLP.
7785 W. SAHARA AVE., SUITE 200
LAS VEGAS, NV 89117

15-10-28P02:27 RCVD

# Exhibit 2

# Exhibit 2

# Exhibit 2



# Exhibit 3

# Exhibit 3

# Exhibit 3

AFFP

2:15-CV-00823-GMN-PAL-1

## Affidavit of Publication

STATE OF NEVADA }
                  SS
COUNTY OF CLARK }

I, Rosalie Qualls state:

That I am Assistant Operations Manager of the Nevada Legal News, a daily newspaper of general circulation, printed and published in Las Vegas, Clark County, Nevada; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:
Sep 28, 2015
Oct 05, 2015
Oct 12, 2015
Oct 19, 2015
Oct 26, 2015

UNITED STATES DISTRICT COURT
for the
District of Nevada
Civil Action No. 2:15-cv-00823-GMN-PAL
NATIONSTAR MORTGAGE, LLC, Plaintiff(s)
v. ELKHORN COMMUNITY ASSOCIATION, et al Defendant(s)
SUMMONS IN A CIVIL ACTION
To: NV Foreclosure Services, LLC, c/o Registered Agent: NV Foreclosure Sole Prop, 2654 W. Horizon Ridge Pkwy, Ste. B5-320, Henderson, NV 89052
A lawsuit has been filed against you. Object of Action: This is Nationstar's Complaint for Quiet Title, Wrongful Foreclosure, Declaratory Relief and Violation of Bankruptcy Discharge. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dana Jonathon Nitz, Esq., Chelsea A. Crowton, Esq., Wright, Finlay & Zak, LLP, 7785 W. Sahara Ave., Ste. 200, Las Vegas, NV 89117 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court. s/ LANCE S. WILSON, CLERK, DATE 5/6/2015, s/ Lance S. Wilson, (By) DEPUTY CLERK
Published in Nevada Legal News
September 28, October 5, 12, 19, 26, 2015

That said newspaper was regularly issued and circulated on those dates. I declare under penalty of perjury that the foregoing is true and correct.

DATED: Oct 26, 2015

_____
Rosalie Qualls

04105039  00401705  (702)946-1345

WRIGHT, FINLAY & ZAK, LLP.
7785 W. SAHARA AVE., SUITE 200
LAS VEGAS, NV 89117

15-10-28P02:27 RCVD

# Exhibit 4

# Exhibit 4

# Exhibit 4



Wright, Finlay & Zak, LLP
7785 W. Sahara Ave. #200
Las Vegas, NV 89117

7014 2120 0000 7480 7443

NIXIE    89052223-1N    10/08/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

NV Foreclosure Services, LLC
c/o Registered Agent: NV Foreclosure Sole Prop
2654 W. Horizon Ridge Pkwy, Ste. B5-320
Las Vegas, NV 89052

# Exhibit 5

# Exhibit 5

# Exhibit 5

WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiff, Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; 702BUY.COM, LLC, a Domestic Limited Liability Company; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; NV FORECLOSURE SERVICES, LLC, a Domestic Limited Liability Company; ANGIUS & TERRY COLLECTIONS, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00823-GMN-PAL<br><br>**ENTRY OF DEFAULT** |

Plaintiff, Nationstar Mortgage, LLC by and through its counsel of record, Dana Jonathon Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of Wright Finlay & Zak, LLP, has requested that the Clerk of the Court enter default against Defendant 702BUY.COM, LLC, pursuant to Federal Rule of Civil Procedure 55(a).

///

///

Page 6 of 9

It appearing from the record that Defendant 702BUY.COM, LLC has failed to appear, plead or otherwise defend, the default of Defendant 702BUY.COM, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

DATED this ____ day of _____, 2016.

_____
Clerk of the Court

WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiff, Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; 702BUY.COM, LLC, a Domestic Limited Liability Company; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; NV FORECLOSURE SERVICES, LLC, a Domestic Limited Liability Company; ANGIUS & TERRY COLLECTIONS, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00823-GMN-PAL<br><br>**ENTRY OF DEFAULT** |

Plaintiff, Nationstar Mortgage, LLC by and through its counsel of record, Dana Jonathon Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of Wright Finlay & Zak, LLP, has requested that the Clerk of the Court enter default against Defendant NV Foreclosure Services, LLC, pursuant to Federal Rule of Civil Procedure 55(a).

///

///

It appearing from the record that Defendant NV Foreclosure Services, LLC has failed to appear, plead or otherwise defend, the default of Defendant NV Foreclosure Services, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

DATED this ____ day of _____, 2016.

_____
Clerk of the Court