Edward D. Boyack
Nevada Bar No. 005229
Christopher B. Anthony
Nevada Bar No. 009748
**BOYACK OREM & TAYLOR**
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
ted@boyacklaw.com
canthony@boyacklaw.com
702.562.3415
702.562.3570 (fax)

Attorney for Elkhorn Community Association

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company,<br><br>                   Plaintiff,<br><br>v.<br><br>ELKHORN COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; 702BUY.COM, LLC, a Domestic Limited Liability Company; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; NV FORECLOSURE SERVICES, LLC, a Domestic Limited Liability Company; ANGIUS & TERRY COLLECTIONS, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                   Defendants. | Case 2:15-cv-00823-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION TO NATIONSTAR'S MOTION FOR SUMMARY JUDGMENT [DOCUMENT 53]** |

   IT IS STIPULATED AND AGREED by and between plaintiff Nationstar Mortgage, LLC ("Nationstar"), by and through their attorney, Regina A. Habermas, Esq. of Wright Finlay & Zak, and defendant Elkhorn Community Association ("Elkhorn"), by and through their attorney Edward D. Boyack, Esq., of Boyack Orme & Taylor that this Court extend Elkhorn's

opposition deadline to Nationstar's Motion for Summary Judgment [Doc 53] from July 9, 2016 to July 18, 2016.

Dated this 8th day of July, 2016.                    Dated this 8th day of July, 2016.

WRIGHT, FINLAY & ZAK, LLP                            BOYACK ORME & TAYLOR

  /s/ Regina A. Habermas                               /s/ Christopher B. Anthony
Dana Jonathon Nitz, Esq.                             Edward D. Boyack, Esq.
Nevada Bar No. 0050                                  Nevada Bar No. 005229
Regina A. Habermas, Esq.                             Christopher B. Anthony, Esq.
Nevada Bar No. 8481                                  Nevada Bar No. 009748
7785 W. Sahara Avenue, Suite 200                     401 N. Buffalo Drive #202
Las Vegas, Nevada 89117                              Las Vegas, Nevada 89145
Attorneys for Plaintiff                              Attorney for Elkhorn Community
                                                     Association

IT IS ORDERED that the deadline for Elkhorn to file an opposition to Nationstar's Motion for Summary Judgment (ECF No. 53) is extended to July 18, 2016.

IT IS SO ORDERED this __11__ day of July, 2016

_____
**UNITED STATES DISTRICT JUDGE**
2:15-cv-00823-GMN-PAL

Submitted by
BOYACK ORME & TAYLOR

By: __/s/ Christopher B. Anthony__
EDWARD D. BOYACK
Nevada Bar No. 005229
CHRISTOPHER B. ANTHONY
Nevada Bar No. 009748
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
*Attorneys for Defendant Elkhorn Community Association*