UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ELKHORN COMMUNITY ASSOCIATION, et al., <br><br> Defendants. | Case No. 2:15-cv-00823-GMN-PAL <br><br> **MINUTES OF PROCEEDINGS** <br><br> Dated: September 26, 2016 <br><br> (Mot Exception at SC – ECF Nos. 67, 68) |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin        **RECORDER/TAPE #:** None

**COUNSEL FOR PLAINTIFF(S):** Regina Habermas

**COUNSEL FOR DEFENDANT ELKHORN:** Christopher B. Anthony

**COUNSEL FOR DEFENDANT ATC:** Peter E. Dunkley

**PROCEEDING:**  Telephonic Conference re: Motions for Exception at Settlement Conference (ECF Nos. 67, 68)

A telephonic conference was conducted commencing at 10:30 a.m. The court heard representations from counsel regarding their requests for representatives to appear telephonically at the upcoming settlement conference schedule for September 29, 2016. Counsel agreed that a settlement conference would not be productive at this time given the request for rehearing in the *Bourne Valley* case recently decided by the Ninth Circuit. Additionally, the ability to globally settle the case is complicated because the real property owner is not a party to the lawsuit. Finally, the district judge referred Plaintiff's motion for default judgement to the undersigned for decision.

The status conference concluded at 10:47 a.m.

**IT IS ORDERED** that:

1. The Requests for Exception of Personal Attendance at Settlement Conference (ECF Nos. 67, 68) are **DENIED as Moot**.

1

2. The settlement conference scheduled for September 29, 2016, is **VACATED**.

3. A telephonic status conference is set for **November 14, 2016, at 2:00 p.m.** Counsel shall be connected to the conference call by dialing (877) 810-9415 and entering Access Code: 2365998 no later than 1:55 p.m.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE