UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-cv-00823-GMN-PAL |
| Plaintiff, | ORDER |
| v. | (Subst Atty – ECF No. 73) |
| ELKHORN COMMUNITY ASSOCIATION, et al. | |
| Defendants. | |

This matter is before the court on the Substitution of Attorneys (ECF No. 73). Melanie Morgan and Thera A. Cooper of Akerman LLP seek leave to be substituted in the place of Dana Nitz, Chelsea Crowton, and Regina Habermas of Wright Finlay & Zak, LLP for plaintiff Nationstar Mortgage, LLC. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1.  The Substitution of Attorney (ECF No. 73) is **GRANTED**.

2.  Melanie Morgan and Thera A. Cooper of Akerman LLP are substituted in the place of Dana Nitz, Chelsea Crowton, and Regina Habermas of Wright Finlay & Zak, LLP for plaintiff Nationstar Mortgage, LLC, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 30th day of January, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE