MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; 702BUY.COM, LLC, a Domestic Limited Liability Company, ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; NV FORECLOSURE SERVICES, LLC, a Domestic Limited Liability Company; ANGIUS & TERRY COLLECTIONS, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00823-GMN-PAL<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that plaintiff Nationstar Mortgage LLC; defendant Elkhorn Community Association; defendant ATC Assessment Collection Group, LLC; and defendant Angius & Terry Collections, LLC have reached an agreement on all material terms required to settle all of Nationstar's claims against Elkhorn, ATC, and Anguis & Terry pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within forty-five (45) days of the date of this notice, at which time the parties shall file a

1

stipulation for dismissal of the claims asserted against Elkhorn, ATC, and Anguis & Terry.

DATED this 16th day of July, 2018.

**AKERMAN LLP**

BY: /s/ Thera A. Cooper
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for plaintiff Nationstar Mortgage LLC*

**IT IS ORDERED** that the settling parties shall have until **August 31, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: July 19, 2018

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF SETTLEMENT,** addressed to:

| | |
|---|---|
| Christopher B. Anthony, Esq.<br>Edward D. Boyack, Esq.<br>**Boyack Orme & Anthony**<br>7432 W Sahara Ave., Ste. 101<br>Las Vegas, NV 89117<br>*Attorneys for Defendant Elkhorn Community Association* | Joseph P Garin, Esq.<br>Peter E Dunkley, Esq.<br>**Lipson Neilson Cole Seltzer & Garin, P.C.**<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, NV 89144<br>*Attorneys for Defendants ATC Assessment Collection Group, LLC and Angius & Terry Collections, LLC* |

*/s/ Erin Surguy*
An employee of AKERMAN LLP

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572