1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 THERA A. COOPER
Nevada Bar No. 13468
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email: thera.cooper@akerman.com

7 *Attorneys for plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; 702BUY.COM, LLC, a Domestic Limited Liability Company, ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; NV FORECLOSURE SERVICES, LLC, a Domestic Limited Liability Company; ANGIUS & TERRY COLLECTIONS, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00823-GMN-PAL<br><br>**JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT** |

Pursuant to this Court's order dated July 19, 2018 (ECF No. 79), plaintiff Nationstar Mortgage LLC (**Nationstar**) and defendants Elkhorn Community Association (**Elkhorn**) and ATC Assessment Collection Group, LLC (ATC), and Angius & Terry Collections, LLC (**Angius**) (collectively, **the parties**), by and through their undersigned counsel of record, hereby submit the following joint status report regarding settlement.

1. Nationstar reached a settlement with Elkhorn and Angius and ATC, resolving all claims pending between these parties in this action.

46237022;1

2. Nationstar filed a notice of settlement on July 16, 2018. (ECF No. 78.)

3. The Court ordered the parties have until August 31, 2018, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed. (ECF No. 79.)

4. Nationstar received all settlement documents and funds from Elkhorn.

5. Nationstar is waiting for Angius and ATC to execute the settlement agreement and forward the settlement funds.

6. Angius and ATC anticipate providing Nationstar with the executed settlement agreement and settlement funds within the next 30 days.

7. The parties request a 30-day extension to file a stipulation to dismiss with prejudice, or a further joint status report advising when the stipulation to dismiss will be filed.

Dated: August 31, 2018

**AKERMAN LLP**

/s/ *Thera A. Cooper*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Drive
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Nationstar Mortgage LLC*

Dated: August 31, 2018.

**BOYACK ORME & ANTHONY**

/s/ *Christopher B. Anthony*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 9748
7432 W. Sahara Ave.
Las Vegas, Nevada 89117

*Attorney for Defendant Elkhorn Community Association*

Dated: August 31, 2018

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

/s/ *Peter E. Dunkley*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant ATC Assessment Collection Group, LLC, Angius & Terry Collections, LLC.*

**IT IS ORDERED** that the settling parties shall have until **October 1, 2018** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: September 7, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

2

46237022;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT,** addressed to:

| | |
|---|---|
| Christopher B. Anthony, Esq.<br>Edward D. Bovack, Esq.<br>**Bovack Orme & Anthony**<br>7432 W Sahara Ave., Ste. 101<br>Las Vegas, NV 89117<br>*Attorneys for Defendant Elkhorn Community Association* | Joseph P Garin, Esq.<br>Peter E Dunkley, Esq.<br>**Lipson Neilson Cole Seltzer & Garin, P.C.**<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, NV 89144<br>*Attorneys for Defendant ATC Assessment Collection Group, LLC, Angius & Terry Collections, LLC* |

*/s/ Erin Surguy*
An employee of AKERMAN LLP

3

46237022;1